UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DAVID LAITINEN,

              Plaintiff,

        -against-

THE UNITED STATES OF AMERICA,

              Defendant.
---------------------------------------------------------X
Amon, J.:

           NOT FOR PUBLICATION
           ORDER
           CV-09-4902(CBA)

      This Court has received the Report and Recommendation ("R&R") of the Honorable

Viktor V. Pohorelsky, United States Magistrate Judge, dated February 25, 2011, in the above-

captioned matter recommending that the case be dismissed with prejudice for failure to

prosecute. No objection to the R&R has been filed with the Court. The Court has reviewed the

R&R and adopts in full the recommendation contained in it. The Clerk of the Court is directed

to enter judgment in accordance with this Order and to close the case.

      SO ORDERED:

Dated:      Brooklyn, New York
             March  2 4 , 2011

                      /Signed by Judge Amon/

                      Carol B. Amon
                      United States District Judge

**Copy mailed to:**
**David Laitinen**
**2716 Farm To Market Road**
**Chewelah, WA 99109-9404**